JOHN HENRY AND RICHARD HENRY, APPELLANTS, AND
ADAM KINNAMAN, RESPONDENT.

In May, 1817, J. purchased land of K. and paid part of the considera-
tion money and gave K. a mortgage on the land for the residue. J. sold parts
of the land, and K. released those parts from the mortgage. In August, 1821,
judgments were recovered, in favor of other persons, against J., on which
executions were issued and levied on that part of the mortgaged premises
still held by J., "subject to prior encumbrances." In October, 1822, pending
a suit in chancery by K. against J. for the foreclosure of the mortgage, J.
and his wife re-conveyed that part of the mortgaged premises which he
still held, and which had been levied on as aforesaid, to K., in payment and
discharge of the mortgage, and K. took possession of the land; the registry of
the mortgage, however, was left uncanceled.    Afterwards the sheriff sold,
under the said levy, and H. became the purchaser; H. when he so bought,
having knowledge of the foregoing facts.    Held, that H. was entitled to the
land free from the mortgage debt.

This case is reported *ante* p. 90.

*P. D. Vroom,* for the appellants.

*W. Halsted,* for the respondent

The decree of the Chancellor was reversed.

NEVIUS, Justice, dissented.

.Decree reversed.